**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO (CLEVELAND)**

| | |
|---|---|
| JACOB CHRISTOPHER COMPTON<br>        Plaintiff,<br><br>    vs.<br><br>TRANS UNION,<br>        Defendant. | CASE NO.  1:22-cv-833<br><br>Judge |

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Geauga County, Chardon Municipal Court, Small Claims Division, Ohio, to the United States District Court for the Northern District of Ohio, on the following grounds:

1.      Plaintiff Jacob Christopher Compton served Trans Union on or about April 22, 2022 with a Summons and Small Claims Complaint filed in the Geauga County, Chardon Municipal Court, Small Claims Division, Ohio. Copies of the Summons and Small Claims Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2.      Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Small Claims Complaint.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Geauga County, Chardon Municipal Court, Small Claims Division, Ohio, to the United States District Court for the Northern District of Ohio.

5. Notice of this removal will promptly be filed with the Geauga County, Chardon Municipal Court, Small Claims Division, Ohio and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Geauga County, Chardon Municipal Court, Small Claims Division, Ohio to this United States District Court, Northern District of Ohio.

Respectfully submitted,

*s/ Kari A. Morrigan*
Kari A. Morrigan, Esq. (IN #34706-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 113
Fax:  317-363-2257
E-Mail:  kmorrigan@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **20th day of May, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or email, on the **20th day of May, 2022**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Jacob C. Compton<br>17928 Auburn Rd.<br>Chagrin Falls, OH 44023 | |
|---|---|

*s/ Kari A. Morrigan*
Kari A. Morrigan, Esq. (IN #34706-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 113
Fax:  317-363-2257
E-Mail:  kmorrigan@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*