UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO (CLEVELAND)

| | |
|---|---|
| JACOB CHRISTOPHER COMPTON<br>Plaintiff,<br><br>vs.<br><br>TRANS UNION,<br>Defendant. | CASE NO. 1:22-cv-00833-CEF<br><br>Judge Charles Esque Fleming |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

Plaintiff Jacob Christopher Compton ("Plaintiff"), and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 06/27/2022

Jacob C. Compton
17928 Auburn Rd.
Chagrin Falls, OH 44023
Telephone: (440) 682-0201

*Pro Se Plaintiff*

Date: 6/28/2022   /s/ Scott E. Brady
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 106
Fax: 317-363-2257
E-Mail: sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **28th day of June, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **28th day of June, 2022**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Jacob C. Compton<br>17928 Auburn Rd.<br>Chagrin Falls, OH 44023 | |
|---|---|

/s/ Scott E. Brady
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 106
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*